# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARRIE BAKER**, | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | |
| | : | NO.: 1:22-CV-01481-SHR |
| v. | : | |
| | : | |
| **GREEN THUMB INDUSTRIES INC.**, | : | |
| | : | |
| *Defendant.* | : | **JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Abigail Kaspszyk, Esq., on behalf of Plaintiff, Carrie Becker, in the above-referenced case.

        Respectfully submitted,

        **PILLAR+AUGHT**

By: /s/ Abigail Kaspszyk
Abigail Kaspszyk, Esq.
akaspszyk@pillaraught.com
Attorney I.D. No. 332533 (PA)
John R. Martin, Esq.
jmartin@pillaraught.com
Attorney I.D. No. 204125 (PA)
**Pillar+Aught**
4201 E. Park Circle
Harrisburg, PA  17111
(717) 308-9910 (phone)
(717) 686-9862 (fax)

*Attorneys for Plaintiff*

Date: July 27, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2023, a true and correct copy of the foregoing Entry of Appearance was served electronically on the following:

Rachel Fendell Satinsky, Esquire
Tanner McCarron, Esquire
Littler Mendelson, PC
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
*Attorneys for Plaintiff*

I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system, and that parties may access this filing through the Court's system.

/s/ *Abigail Kaspszyk*