# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARRIE BAKER,<br>    *Plaintiff*, | : : : | |
| vs. | : : | No. 1:22-cv-01481-SHR |
| GREEN THUMB INDUSTRIES INC.,<br>    *Defendant*. | : : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby jointly stipulate, through their respective counsel, to dismiss this matter with prejudice and without costs or fees against any party.

**PILLAR+AUGHT**

/s/ *John Martin*
By: John Martin
Attorneys for Plaintiff

**LITTLER MENDELSON P.C.**

/s/ *Tanner McCarron*
By: Tanner McCarron
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that the foregoing ***Joint Stipulation of Dismissal*** was served upon the following via the Court's ECF system on October 19, 2023:

Rachel Fendell Satinsky
rsatinsky@littler.com
Tanner McCarron
tmccarron@littler.com

LITTLER MENDELSON P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

*Attorneys for Defendant*

/s/ *John Martin*