## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRIE BAKER, | : |
|     *Plaintiff*, | : |
| | : |
| vs. | :   No. 1:22-cv-01481-SHR |
| | : |
| GREEN THUMB INDUSTRIES INC., | : |
|     *Defendant*. | : |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

BY THE COURT:

_____

J.